

**JOHN D. KINARD**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 3:07:54 PM
CHRISTOPHER A. PRINE
Clerk

March 09, 2015

Christopher Prine CLERK
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002-2066

## NOTICE OF ASSIGNMENT ON APPEAL

**IN RE: State of Texas vs. ANTHONY DEON BRADFORD**
**CASE NUMBER: 14CR0147**
**122nd District Court**

Dear Clerk:

Please find enclosed a copy of the notice of appeal was filed in the above case. This case is assigned to the **Fourteenth COURT OF APPEALS, HOUSTON TEXAS.** Please note the following information.

> **Date of Judgment or Order Appealed from: 02/06/2015**
> **Notice of Appeal: 02/06/2015**
> **Motion for New Trial: 02/20/2015**
> **Offense Convicted of: TAMPER FABRICATING PHYSICAL EVIDENCE**
> **Judgment and Sentence: Twenty-Five Years Institutional Division, TDCJ**
> **Trial Judge: John Ellisor**
> **Court Reporter: Judy Hansen**

Any motions for Extension of Time to file the record on appeals must be filed directly with the Court of Appeals. A copy of this assignment letter is being mailed to all counsel of record. Thank you.

Sincerely,

JOHN D. KINARD
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: _Cori Delgado_
Cori Delgado

*600 59th Street, Room 4401, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

14-CR-0147
DCAPALCA
Appeal — Assignment Letter to the Court of Ap
1004111



CC: With Attachment Notice of Appeal

CC: Jack Roady, Criminal District Attorney of Galveston County, Texas
600 59th Street, Suite 1001
Galveston TX, 77551-4137

CC: Winifred Bandy Weber, Attorney for Appellant
2525 Bay Area Blvd Ste 310
Houston TX 77058

CC: Judy Hansen, Court Reporter
600 59th Street
Galveston, Texas77551

NO. 14CR0147

| THE STATE OF TEXAS | § | IN CRIMINAL DISTRICT |
| VS. | § | COURT NUMBER 122nd |
| ANTHONY DEON BRADFORD | § | GALVESTON COUNTY, TEXAS |

## NOTICE OF APPEAL

ON THE 20th day of FEBRUARY, 2015, the defendant in the above styled and numbered cause gives notice that he excepts to the judgment sentence and/or appealable order of the Court in said cause and gave Notice of Appeal to the Court of Appeals, 14th Judicial District and to the Court of Appeals, 1st Judicial District.

Winifred Weber
State Bar No. 01672500
Attorney for Defendant

Date of Judgment or Other Order Appealed From: February 6, 2015
Name of Trial Court Judge: JOHN ELLISOR
Name of Court Reporter: JUDY HANSON
Name and address of Defense Attorney on Appeal:

Winifred Weber
2525 Bay Area Blvd., Suite 310
Houston, Texas 77058

Name and Address of Attorney for the State on Appeal;

Jack Roady
Galveston County Courthouse
600 59th Street
Suite 1001
Galveston, Texas 77551

Defendant Incarcerated? YES
Motion for New Trial Filed? YES
Appeal Bond: $
Punishment Assessed By: TRIAL COURT
Offense and Punishment:

TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE, ENHANCED, A SECOND DEGREE FELONY – 20 YEARS INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, AND A $0.00 FINE.